## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | |
| Plaintiff, | 8:13CV245 |
| vs. | |
| ONLINE RESOURCES CORP., | ORDER |
| Defendant. | |

This matter is before the court on a non-party's, Richard V. Wells, Request for CD/Transcript (Filing No. 191). Mr. Wells seeks a transcript of the June 5, 2015, Markman Hearing held before Senior Judge Joseph F. Bataillon. Mr. Wells is granted leave to request transcription of the June 5, 2015, Markman Hearing. Mr. Wells shall contact Sue DeVetter at 402.661.7309 or suedevetter@yahoo.com to make the necessary arrangements for transcription, including payment, delivery terms, and transcript format.

**IT IS SO ORDERED**.

Dated this 14th day of July, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge