## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | |
| Plaintiff, | |
| vs. | 8:13CV245 |
| ONLINE RESOURCES CORP., | ORDER |
| Defendant. | |

This matter is before the court on Joao Bock Transaction Systems, LLC's request for redaction (Filing No. 197). On July 16, 2015, the court allowed the transcript of the June 5, 2015, *Markman* Hearing (Filing No. 196) to be sealed pending resolution of the parties' request for redaction. **See** Filing No. 194. The request was prompted by non-party Richard V. Wells' request for the transcript, which the court delayed pending resolution of the redaction request. **See** Filing No. 192 - Order. The plaintiff proposes limited redactions to protect confidential information contained on page 76 of the transcript. **See** Filing No. 197. The court finds good cause exists to allow the redactions prior to the transcript's public disclosure. Upon consideration,

**IT IS ORDERED**:

1. The plaintiff's unopposed request for redaction (Filing No. 197) is granted.

2. The Court Reporter is directed to redact the transcript of the June 5, 2015, *Markman* Hearing to redact portions of lines 5, 7, and 11 of page 76, as requested.

3. The Court Reporter may deliver the redacted transcript to any requesting third-party in the normal course of business.

Dated this 31st day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge