# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| JOAO BOCK TRANSACTION SYSTEMS, LLC, | 8:13CV245 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ONLINE RESOURCES CORP., | |
| Defendant. | |

Upon notice of settlement (Filing No. 211) filed on December 31, 2015, by counsel for the parties,

**IT IS ORDERED that**:

1. On or before **February 1, 2016**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. Any previously scheduled deadlines are cancelled upon the representation that this case is settled.

Dated this 31st day of December, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge